Opinion filed January 18, 2013



# In The

# Eleventh Court of Appeals

## No. 11-12-00150-CR

### BRAD LINDSEY, Appellant
### V.
### STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 15888B**

## MEMORANDUM OPINION

Brad Lindsey has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

January 18, 2013                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Brad Lindsey,

\* From the 104th District
Court of Taylor County,
Trial Court No. 15888B.

Vs. No. 11-12-00150-CR

\* January 18, 2013

State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered Brad Lindsey's motion to withdraw his notice of appeal and dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the notice of appeal is withdrawn, and the appeal is dismissed.